IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                  Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                      MDL No. 2570

_____


This Document Relates to Plaintiff(s)
_____Sarah Kennedy_____

 Civil Case #_____1:16-cv-1843 _____

---

## SHORT FORM COMPLAINT

---

        COMES NOW the Plaintiff(s) named below, and for Complaint against the Defendants

named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document

213).  Plaintiff(s) further show the court as follows:

1.  Plaintiff/Deceased Party:

    Sarah Kennedy _____

2.  Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium

    claim:

    N/A_____

3.  Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A_____

4.   Plaintiff's/Deceased Party's state of residence at the time of implant:

    California_____

5.   Plaintiff's/Deceased Party's state of residence at the time of injury:

California _____

6.   Plaintiff's/Deceased Party's current state of residence:

California _____

7.   District Court and Division in which venue would be proper absent direct filing:

U.S. District Court- Central District of California

8.   Defendants (Check Defendants against whom Complaint is made):

    ☑    Cook Incorporated

    ☑    Cook Medical LLC

    ☑    William Cook Europe APS

9.   Basis of Jurisdiction:

    ☑    Diversity of Citizenship

    ☐    Other: _____

a.   Paragraphs in Master Complaint upon which venue and jurisdiction lie:

Paragraph 11: Subject Matter

Paragraph 11: Personal

Paragraph 12: Venue

b.   Other allegations of jurisdiction and venue:

_____

_____

_____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim

(Check applicable Inferior Vena Cava Filters):

☑ Günther Tulip® Vena Cava Filter

☐ Cook Celect® Vena Cava Filter

☐ Gunther Tulip Mreye

☐ Cook Celect Platinum

☐ Other: _____

11. Date of Implantation as to each product:

05/23/2011_____

_____

12. Hospital(s) where Plaintiff was implanted (including City and State):

St. Bernardine Medical Center, San Bernardino, CA_____

_____

13. Implanting Physician(s):

Ashis Mukherjee, MD_____

14. Counts in the Master Complaint brought by Plaintiff(s):

☑      Count I:        Strict Products Liability – Failure to Warn

☑      Count II:       Strict Products Liability – Design Defect

☑      Count III:      Negligence

☑      Count IV:       Negligence Per Se

☑      Count V:        Breach of Express Warranty

☑      Count VI:       Breach of Implied Warranty

3

☑      Count VII:      Violations of Applicable <u>CA</u> Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐      Count VIII:      Loss of Consortium

☐      Count IX:      Wrongful Death

☐      Count X:      Survival

☑      Count XI:      Punitive Damages

☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

☐      Other:      _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):

     <u>Matthew R. McCarley—Fears Nachawati, PLLC</u>             

16. Address and bar information for Attorney for Plaintiff(s):

     <u>4925 Greenville Ave., Suite 715</u>

     <u>Dallas, Texas 75206</u>

     <u>Texas Bar No. 24041426—Admitted to Practice in the Southern District of Indiana—</u>

     <u>Indianapolis Division</u>

Respectfully submitted,

/S/ MATTHEW R. MCCARLEY
**Matthew R. McCarley**
Texas Bar No. 24041426
mccarley@fnlawfirm.com

FEARS NACHAWATI, PLLC
4925 Greenville Avenue, Suite 715
Dallas, Texas 75206
Tel. (214) 890-0711
Fax (214) 890-0712

ATTORNEY FOR THE PLAINTIFF
SARAH KENNEDY

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.